979 A.2d 330

IN THE MATTER OF MARK W. FORD, AN ATTORNEY AT LAW.

September 10, 2009.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–333, concluding that **MARK W. FORD** of **GLOUCESTER CITY,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.7(a)(2) (concurrent conflict of interest) and *RPC* 1.16(a)(1) (failure to withdraw from representation), and good cause appearing;

It is ORDERED that **MARK W. FORD** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.